**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BETH ANNE F. WEBER | : | No. 291 WAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| MARK D. WEBER | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MICHAEL WEBER | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL WEBER | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.